FILED
CHARLOTTE, NC
AUG 19 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR 229- MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| ) | |
| v. ) | |
| ) | Violations: 18 U.S.C. § 922(g)(5)(A) |
| MIGUEL ANGEL ORTA-MARTINEZ ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
### (UNLAWFUL POSSESSION OF A FIREARM BY AN ALIEN –
### 18 U.S.C. § 922(g)(5)(A))

On or about June 22, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**MIGUEL ANGEL ORTA-MARTINEZ**

knowing that he was an alien unlawfully and illegally in the United States, did knowingly and unlawfully possess a firearm, that is, a SCCY Industries model CPX-1 9mm pistol, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The Grand Jury finds probable cause that the following item is subject to forfeiture, in accordance with § 924(d), because it was involved in, used, or intended

1

to be used in the violations alleged in this Bill of Indictment:

1. A SCCY Industries model CPX-1 9mm pistol; and
2. ammunition seized during the investigation.

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY