# Department of Homeland Security

# FOR OFFICIAL USE ONLY

THE ATTACHED MATERIALS CONTAIN DEPARTMENT OF HOMELAND SECURITY INFORMATION THAT IS "FOR OFFICIAL USE ONLY," OR OTHER TYPES OF SENSITIVE BUT UNCLASSIFIED INFORMATION REQUIRING PROTECTION AGAINST UNAUTHORIZED DISCLOSURE. THE ATTACHED MATERIALS WILL BE HANDLED AND SAFEGUARDED IN ACCORDANCE WITH DHS MANAGEMENT DIRECTIVES GOVERNING PROTECTION AND DISSEMINATION OF SUCH INFORMATION.

AT A MINIMUM, THE ATTACHED MATERIALS WILL BE DISSEMINATED ONLY ON A "NEED-TO-KNOW" BASIS AND WHEN UNATTENDED, WILL BE STORED IN A LOCKED CONTAINER OR AREA OFFERING SUFFICIENT PROTECTION AGAINST THEFT, COMPROMISE, INADVERTENT ACCESS AND UNAUTHORIZED DISCLOSURE.

MD 11042

DEPARTMENT OF HOMELAND SECURITY
# NOTICE TO APPEAR

| | |
|---|---|
| **In removal proceedings under section 240 of the Immigration and Nationality Act:** | Event No: BRO2301001695 |

Subject ID : 199411226  FIN #: 1330852953
SIGMA Event: 49407993   DOB: █████████        File No: ████████

In the Matter of: ORTA MARTINEZ, MIGUEL ANGEL

Respondent: ORTA MARTINEZ, Miguel Angel _____ currently residing at:

1401 S. STITES RD,DONNA,TEXAS 78537,UNITED STATES OF AMERICA          956-782-3788

(Number, street, city, state and ZIP code)                    (Area code and phone number)

[x] You are an arriving alien.

[ ] You are an alien present in the United States who has not been admitted or paroled.

[ ] You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. On or about January 8, 2022, you applied for admission to the United States, from Mexico, at the Brownsville, Texas Port of Entry;
4. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
See Continuation Page Made a Part Hereof

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to:     [ ] 8CFR 208.30   [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
2009 West Jefferson Avenue, Suite 300,
Harlingen, TX, US 78550

(Complete Address of Immigration Court, including Room Number, if any)

on a date to be set  at a time to be set  to show why you should not be removed from the United States based on the
   (Date)              (Time) DURAN III, Rodolfo

charge(s) set forth above.        CBP OFFICER

(Signature and Title of Issuing Officer) (Sign in ink) *Digitally Acquired Signature*

Date: January 9, 2023        BROWNSVILLE, TEXAS

(City and State)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form 1-589, Application for Asylum and for Withholding of Removal. The Form 1-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589.** Failure to file the Form 1-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero,** as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
*(Signature and Title of Immigration Officer) (Sign in ink)*

_____
*(Signature of Respondent) (Sign in ink)*

Date: _____

### Certificate of Service

This Notice To Appear was served on the respondent by me on <u>January 9, 2023</u>, in the following manner and in compliance with section 239(a)(1) of the Act.

[x] in person   [ ] by certified mail, returned receipt # _____ requested   [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[x] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ SPANISH _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
*(Signature of Respondent if Personally Served) (Sign in ink)*
*Digitally Acquired Signature*

DURAN III, Rodolfo
CBP OFFICER
_____
*(Signature and Title of officer) (Sign in ink)*
*Digitally Acquired Signature*

OHS Form 1-862 (2/20)

Page 2 of 4

**Privacy Act Statement**

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

| Alien's Name<br>ORTA MARTINEZ, MIGUEL ANGEL | File Number ███████<br>SIGMA Event: 49407993<br>Event No: BRO2301001695 | Date<br>January 9, 2023 |
|---|---|---|

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
=====================================================================

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

| Signature<br><br>DURAN III, Rodolfo | Title<br><br>CBP OFFICER |
|---|---|

*Digitally Acquired Signature*

____4____ of ____4____ Pages

**U.S. Department of Homeland Security**

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| ORTA MARTINEZ, MIGUEL ANGEL | | | | M ✓ | BLK | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO ✓ | | Case No:BRO2301001695 ✓ | 66 | 181 | - |

| U.S. Address | Scars and Marks |
|---|---|
| 1401 S. STITES RD, DONNA, TEXAS, UNITED STATES OF AMERICA 78537 | NONE INDICATED |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single |
|---|---|---|---|
| 01/08/2023, 2301 - BRO, 22:15, PEDESTRIAN | | N88NE5CPK ✓ | ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| ██████████ | ISP |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ████ Age: 16 ✓ | | 01/09/2023 | 2301 - BRO | BROWNSVILLE, TX | 01/08/2023 2234 |

| City, Province (State) and Country of Birth | AR ☐ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| MATAMOROS, TAMAULIPAS, MEXICO | | NONE | NELSON, Jaime CBP OFFICER |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| None | None | Asylee | TRAVEL/SEEKING ✓ |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| None | None | At Entry |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| NONE | NONE |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| ██████ NATIONALITY: MEXICO | ██████ NATIONALITY: MEXICO |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| See Narrative | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary 0.0 USD | Employed from/to |
|---|---|---|---|
| NONE | NONE | Hr | 0/0/00 - 0/0/00 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 1330852953

Left Index Finger

Right Index Finger

CLAIMED DOCUMENTS
-----------------
Birth Certificate - 2625


RECORDS CHECKED
---------------
...(CONTINUED ON I-831)

| | Digitally Acquired Signature | | Digitally Acquired Signature |
|---|---|---|---|
| | RD | DURAN III, Rodolfo CBP OFFICER | |
| Alien has been advised of communication privileges | 01/09/2023 (Date/Initials) | (Signature and Title of Immigration Officer) | |

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | DURAN III, Rodolfo - CBP OFFICER |
| | Officer: |
| | on: **January 9, 2023** (time) |
| | Disposition: NOTICE TO APPEAR (NTA) ✓ |
| | Examining Officer: PICON HERRERA, CAQ05847 - SUPERVISORY CBP OFFICER |

Digitally Acquired Signature

Form I-213 (Rev. 08/01/07)

| Alien's Name<br>ORTA MARTINEZ, MIGUEL ANGEL | File Number ▓▓▓▓<br>SIGMA Event: 49407993<br>Event No: BRO2301001695 | Date<br>January 9, 2023 |
|---|---|---|

```
CCD Neg
CLAIM Neg
EARM Pos
TECS Pos
NCIC Neg
CIS Neg
IAFIS Pos
```

SECTION CODES
--------------
Sec212(a)(7)(A)(i)(I)
8 USC 1182-ALIEN INADMISSIBILITY UNDER SEC 212(a)

Narrative:
------------
On January 08,2023, subject ORTA MARTINEZ, Miguel Angel (DOB: ▓▓▓▓ COB: MEX COC: MEX) applied for admission to enter the United States as a pedestrian at the Gateway International Bridge in Brownsville, Texas.

Subject was referred to CBP Passport Control Secondary for further inspection. ORTA MARTINEZ, Miguel Angel was already assigned A#: ▓▓▓▓. Personal belongings were placed in secure bags and were receipted and tagged with CBP form I-77 #6984661.

Medical Attention:

UAC is not in need of emergency medical services. UAC was given a medical exam by Loyal Source medical contractor located on site at the Gateway International Bridge and was found to have no medical conditions requiring care at this time and is not contagious. UAC was not prescribed any medications and was cleared for transportation and detention.

Motivation / CBP Form 93:

The child stated that he was forced to smuggle drugs for a group name TBURON that reside in Matamoros, MX. Subject also stated that he was caught by Border Patrol in December 2022 and returned to Mexico. Subject continued to state that the TBURON came to his house, and he was able to get away. Subject stated that he is in fear for his life to return to Mexico. Subject does not have any family in the United States.

Based on interview, physical appearance, and behavior, the UAC does not appear to be a victim of trafficking.

PREA Compliance:

Upon entry into PCS, Officers completed Detainee Assessment for Transport, Escort, and Detention (TEDS forms) for UAC. Child was not held with any other detainees.

Condition of the room:

Prior to placing subject into family room, the room was physically checked for safety (weapons and tampering) with negative findings. The room has been cleaned and sanitized today and is free of pests. No tobacco products were allowed into the room. Ventilation and temperature were checked and found to be within normal parameters (between 66-80 degrees). Adequate...(CONTINUED ON NEXT PAGE)

| Signature<br>*[signature]*      DURAN III, Rodolfo | Title<br>CBP OFFICER |
|---|---|

*Digitally Acquired Signature*

Form I-831 Continuation Page (Rev. 08/01/07)

| Alien's Name<br>ORTA MARTINEZ, MIGUEL ANGEL | File Number A-241-943-959<br>SIGMA Event: 49407993<br>Event No: BRO2301001695 | Date<br><br>January 9, 2023 |
|---|---|---|

supervision provided during 15-minute checks by CBPOs and Supervisor on duty. Overnight hold UAC was provided with toothbrush and toothpaste, bedding (cot, sanitized mat, and disposable blanket).

Food / drinks:

No special dietary requirements were stated. UAC was provided with a hot meal or a meal consisting of sandwich, chips, and juice upon arrival and every six hours thereafter. Drinking water and cups are readily available for UAC. Other drinks and snacks are available upon request.

Access to sink / toilet:

The room does not have a sink or toilet, but the subject was escorted to a nearby functioning sink and toilet upon request (cells 1 and 2). Prior to allowing the subject to enter the cell to use the restroom, the cell was physically checked for safety and hygiene. Only the child enters the restroom and toilet paper is available.

Interpreter:

UAC speaks and understands Spanish. CBP Officers were able to communicate with UAC. No need for interpreter.

Alienage:

A Mexican Birth Certificate indicating he was born in Matamoros, Tamaulipas, Mexico was provided. The child's parents are also both citizens of Mexico. Child does not have any claim to United States Citizenship. The child does not have any legal documents that would allow him to enter, live in, or remain in the United States legally.

Criminal and Immigration History:

TECS/CIS/CLAIMS/: Queries yielded positive results. CCDI/NCIC: yielded negative results. Queries indicate the child does not have any pending petitions or applications on file with a U.S. Consulate or Citizenship and Immigration Services.

Mandatory Consular Contact:

As an Unaccompanied Alien Child, mandatory consular notification was made at 2335 hours via email/USEC on form I-264.

Telephone Contact:

Subject was advised of his rights to use telephone to contact parent or any other adult relative. Subject was assisted in calling his mother, ███████████████████, phone number: █████████ who resides in Mexico. Child's mother was also advised that the child was safe and in good health.

Forms Served to UAC Forms I-862 and List of Legal Services was provided to UAC.

Disposition:

...(CONTINUED ON NEXT PAGE)

| Signature<br><br>*[signature]*      DURAN III, Rodolfo | Title<br><br>CBP OFFICER |
|---|---|

*Digitally Acquired Signature*

Form I-831 Continuation Page (Rev. 08/01/07)

| Alien's Name<br>ORTA MARTINEZ, MIGUEL ANGEL | File Number **A-241-943-959**<br>SIGMA Event: 49407993<br>Event No: BRO2301001695 | Date<br>January 9, 2023 |
|---|---|---|

The subject is an Unaccompanied Alien Child and was processed as a Notice to Appear. The subject will be transferred to ORR Facility to await placement. The case was processed by CBPO Rodolfo Duran and approved by SCBPO Rafael Picon in concurrence with Chief CBPO Jaime Castillo.

US POC:
RGV CPC - Donna Holding Facility
1401 S. Stites Rd
Donna, TX 78537

Funds: Subject had no funds in his possessions.

The following notifications were made via e-mail:

ORRDUCS initial placement sent 01/09/22 at 0111 Hours.

ERO notification sent 01/09/2022 at 0111 Hours.

CODIS: F1023434 by R. Bell

| Signature<br>DURAN III, Rodolfo | Title<br>CBP OFFICER |
|---|---|

*Digitally Acquired Signature*

Form I-831 Continuation Page (Rev. 08/01/07)